IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY LEE HOISINGTON,<br><br>Plaintiff,<br><br>v.<br><br>RON DAVIS, et al.,<br><br>Defendants. | Case No. 20-cv-07845-CRB<br><br>**ORDER TO SHOW CAUSE** |

Plaintiff Anthony Lee Hoisington, a former California Department of Corrections and Rehabilitation (CDCR) prisoner, brings deliberate indifference claims under the Eighth Amendment, in addition to various state-law claims, against the remaining defendants for exposing him to COVID-19 while incarcerated. Those defendants moved for summary judgment in March. See Mot. (dkt. 73). Hoisington's response was due on April 27, 2023, but as of this date, Hoisington has not responded to Defendants' motion.

Accordingly, the Court orders Hoisington to show cause by **July 31, 2023** why this case should not be terminated for failure to prosecute under Rule 41(b) of the Federal Rules of Civil Procedure. Failure to respond will result in dismissal of this action with prejudice.

**IT IS SO ORDERED.**

Dated: July 17, 2023

CHARLES R. BREYER
United States District Judge